**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Thomas R. Califano (TC-5283)
Vincent J. Roldan (VR-7450)

Attorneys for Appellants Essex House Condominium Corporation
and Marriott International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :   Chapter 11 Case
DELTA AIR LINES, INC., *et al.*,                            :
                                                            :   Case Nos. 05-17923
                    Debtors.                                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Essex House Condominium Corporation and Marriott International, Inc. (collectively, "Marriott") by and through their counsel DLA Piper US LLP, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Order Denying Motion of Essex House Condominium Corporation and Marriott International, Inc. To Enforce Terms of Order Approving a Modified Term Sheet and an Extension of Section 1110 Deadlines, and Authorizing Agreements to Restructure Transactions Affecting Eighty-Eight Aircraft and Associated Engines, Equipment and Documents (Docket No. 6354) (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Judge Adlai S. Hardin, Jr.) on June 26, 2007. A copy of the Order appealed from is attached hereto as Exhibit A.

NEWY1\8120950.1

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| Delta Air Lines, Inc., et al. | Kristopher Hansen, Esq.<br>Jayme T. Goldstein, Esq.<br>STROOCK & STROOCK & LAVAN, LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Essex House Condominium Corporation and Marriott International, Inc. | Thomas R. Califano, Esq.<br>Vincent J. Roldan, Esq.<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10028<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| Bank of New York as Indenture Trustee | Eric Fishman, Esq.<br>Leo T. Crowley, Esq.<br>PILLSBURY, WINTRHOP, SHAW & PITTMAN, LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1740 |
| Post-Effective-Date Committee of Delta Air Lines, Inc. et al. | David H. Botter, Esq.<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| Ad Hoc Committee of Senior Note Holders | Julia Frost-Davies, Esq.<br>BINGHAM MC CUTCHEN, LLP |

        150 Federal Street
        Boston, Massachusetts 02110
        Telephone: (617) 951-8000
        Facsimile: (617) 51-8736

        F. Mark Fucci, Esq.
        BINGHAM MC CUTCHEN, LLP
        399 Park Avenue
        New York, New York 10022
        Telephone: (212) 705-7000

Dated: July 5, 2007

        DLA PIPER US LLP


        By: _____/s/ Thomas R. Califano_____
            Thomas R. Califano (TC-5283)
            Vincent J. Roldan (VR-7450)
        1251 Avenue of the Americas
        New York, New York 10020-1104
        (212) 335-4500


        Attorneys for Appellants
        Essex House Condominium Corporation and
        Marriott International, Inc.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DELTA AIR LINES, INC., et al.,                  :    Case No. 05-17923 (ASH)
                                                :
                    Reorganized Debtors.[1]     :    (Jointly Administered)
                                                :
-----------------------------------------------------------x

### ORDER DENYING MOTION OF ESSEX HOUSE CONDOMINIUM CORPORATION AND MARRIOTT INTERNATIONAL, INC. TO ENFORCE TERMS OF ORDER APPROVING A MODIFIED TERM SHEET AND AN EXTENSION OF SECTION 1110 DEADLINES, AND AUTHORIZING AGREEMENTS TO RESTRUCTURE TRANSACTIONS AFFECTING EIGHTY-EIGHT AIRCRAFT AND ASSOCIATED ENGINES, EQUIPMENT AND DOCUMENTS

1. On April 23, 2007, Essex House Condominium Corporation, together with its parent company, Marriott International, Inc. (together, "Marriott"), filed a motion (the "Motion") seeking the entry of an order enforcing the terms of this Court's February 15, 2006 Order Approving a Modified Term Sheet And An Extension of Section 1110 Deadlines, and Authorizing Agreements To Restructure Transactions Affecting Eighty-Eight Aircraft And Associated Engines, Equipment and Documents.

2. On June 11, 2007, certain parties filed objections (collectively, the "Objections") to the Motion, including: (i) Delta Air Lines, Inc.; (ii) the Post-Effective Date Committee; and (iii) The Bank of New York, as indenture trustee, and the Ad Hoc Committee of Senior Secured Holders.

---

[1] The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

SSL-DOCS1 1819128v1

3. On June 19, 2007, Marriott filed an omnibus reply to the Objections.

4. On June 20, 2007, at 3:15 p.m., the Court heard oral arguments on the Motion and the Objections and the Court, on the record, made an oral ruling on the Motion.

5. The Court hereby denies the Motion for the reasons set forth on the record.

IT IS SO ORDERED.

Dated:  June 25, 2007
        White Plains, New York

                        /s/ Adlai S. Hardin, Jr.
                        UNITED STATES BANKRUPTCY JUDGE