UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: DELTA AIRLINES, et al.,

ESSEX HOUSE CONDOMINIUM CORPORATION,
MARRIOTT INTERNATIONAL, INC.,
                       Appellants,

         -against-

DELTA AIRLINES, INC., BANK OF NEW YORK,
POST-EFFECTIVE DATE COMMITTEE OF DELTA
AIRLINES, INC., AD HOC COMMITTEE OF SENIOR
NOTE HOLDERS,
                       Appellees.
------------------------------------------------------------X

07 **CIVIL** 6843 (VM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on September 10, 2007, having rendered its Order directing the Clerk of the Court to enter judgment dismissing the bankruptcy appeal and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2007, the bankruptcy appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       September 11, 2007

                                    **J. MICHAEL McMAHON**
                                        Clerk of Court
                       BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____